**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 356 MAL 2014
                                           :
          Respondent          :
                                           : Petition for Allowance of Appeal from the
                                         : Order of the Superior Court
          v.                 :
                                           :
                                         :
WAYNE MICHAEL EIDSON,       :
                                         :
          Petitioner           :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 28th day of October, 2014, the Petition for Allowance of Appeal is **DENIED**.